```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OPHELIA HARLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONSCREDIT CONSUMER DISCOUNT | : | |
| COMPANY | : | NO. 02-2891 |

<u>ORDER</u>

AND NOW, this 8th day of August, 2002, after a Rule 16 conference this day, it is hereby ORDERED that:

1. The parties shall COMPLETE discovery by September 30, 2002;

2. By October 15, 2002, plaintiff shall inform the Court in writing whether the parties can stipulate to the relevant facts and whether a settlement conference with Judge Hart would be fruitful; and

3. Scheduling of further proceedings, including a non-jury trial in November if the parties cannot stipulate to the facts, will abide further Order.

BY THE COURT:

_____
Stewart Dalzell, J.