```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OPHELIA HARLEY | : | CIVIL ACTION |
| v. | : | |
| NATIONSCREDIT CONSUMER DISCOUNT COMPANY | : | NO. 02-2891 |

<u>ORDER</u>

AND NOW, this 16th day of October, 2002, upon consideration of the letter of plaintiff's counsel reporting that "the parties cannot stipulate to any significant set of relevant facts, but that they both are amenable to attending a settlement conference with Judge Hart," it is hereby ORDERED that the case is REFERRED to the Honorable Jacob P. Hart, United States Magistrate Judge, for mediation, and the parties shall participate in accordance with Judge Hart's direction.

BY THE COURT:

_____
Stewart Dalzell, J.