IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPHELIA HARLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONSCREDIT CONSUMER DISCOUNT COMPANY | : | NO. 02-2891 |
| | : | |

**AMENDED SETTLEMENT ORDER**

AND NOW, this 5th day of November, 2002, IT IS HEREBY ORDERED that the settlement conference originally scheduled for Tuesday, November 5, 2002 at 10:00 a.m., IS RESCHEDULED to be held before the undersigned on **TUESDAY, NOVEMBER 26, 2002, at 9:30 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

**ALL OTHER PROVISIONS OF THE COURT'S ORIGINAL SCHEDULING ORDER DATED OCTOBER 16, 2002, REMAIN IN EFFECT AND COUNSEL ARE DIRECTED TO REFER THERETO FOR DIRECTION**.

 

DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
    David Scholl, Esq.; Peter Giamporcaro, Esq.

Copies mailed to: